**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**RODNEY JONES,**

    **Plaintiff,**

vs.                       **CASE NO.: 8:15-cv-00702-SCB-EAJ**

**GULF COAST HEALTH CARE OF
DELAWARE, LLC d/b/a ACCENTIA
HEALTH AND REHABILITATION
CENTER OF TAMPA BAY,**

    **Defendant.**
_____/

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff appeals to the United States Court of Appeals for the Eleventh Circuit from the following final Orders entered in the above-captioned proceedings:

1)   Order (granting Defendant's Motion for Summary Judgment) entered February 18, 2016 *(Dkt. 31)*; and

2)   Judgment in a Civil Case (in favor of Defendant) entered February 19, 2016 *(Dkt. 33)*.

**DATED** this 14th day of March 2016.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 14, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  Jeremy C. Branning, Esquire and Daniel E. Harrell, Esquire, Attorneys for Defendant, P.O. Box 13010, Pensacola, FL 32591-3010.

                                    **FLORIN ROEBIG, P.A.**

                                    */s/Christopher D. Gray*
                                    **CHRISTOPHER D. GRAY, ESQUIRE**
                                    Florida Bar No.: 902004
                                    Primary:   CDG@FlorinRoebig.com
                                    Secondary: debbie@FlorinRoebig.com

**WOLFGANG M. FLORIN, ESQUIRE**
Florida Bar No.: 907804
WMF@FlorinRoebig.com
**ROBIN M. OROSZ, ESQUIRE**
Florida Bar No.: 724769
rorosz@florinroebig.com
777 Alderman Road
Palm Harbor, Florida 34683
Telephone (727) 786-5000
Facsimile (727) 772-9833
Attorneys for Plaintiff